

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Natasha Itwaru,

                        Plaintiff,

-against-

New York City Department of Health & Mental Hygiene, Althea Jackson, Anita Richichi, Barbara Glove-Cox, Bella Morrow, Jose Jimenez, Judouane Lazarre, Monica Pollack, and Renee Noel,

                        Defendants.

1:24-cv-02020 (JHR) (SDA)

ORDER OF SERVICE

**STEWART D. AARON, United States Magistrate Judge:**

Plaintiff, who is proceeding *pro se*, paid the filing fees to commence this action. In accordance with the Court's Order to Amend (3/29/24 Order to Amend, ECF No. 5), Plaintiff filed her Amended Complaint on June 27, 2024. (Am. Compl., ECF No. 8.)

The Clerk of Court is respectfully directed to issue summonses as to Defendants New York City Department of Health & Mental Hygiene, Althea Jackson, Anita Richichi, Barbara Glove-Cox, Bella Morrow, Jose Jimenez, Judouane Lazarre, Monica Pollack, and Renee Noel. Plaintiff is directed to serve the summonses issued by the Clerk of Court and the Amended Complaint on each Defendant within 90 days of the issuance of the summonses.[1] If within those 90 days, Plaintiff has neither served Defendants nor requested an extension of time to do so, the undersigned may issue a Report and Recommendation to the

---

[1] Although Rule 4(m) of the Federal Rules of Civil Procedure generally requires that a summons be served within 90 days of the date the complaint is filed, the summons in this case was not issued when Plaintiff filed the complaint because he had not paid the filing fee. The Court therefore extends the time to serve until 90 days after the date each summons is issued.

Honorable Jennifer H. Rearden recommending dismissal of this action for failure to prosecute, or alternatively, Judge Rearden may issue an Order of Dismissal under Rules 4 and 41 of the Federal Rules of Civil Procedure for failure to prosecute.

**SO ORDERED.**

DATED:      New York, New York
               July 1, 2024

_____
STEWART D. AARON
United States Magistrate Judge