UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Natasha Itwaru,

                                               **Plaintiff,**

        -against-

New York City Department of Health & Mental Hygiene, Althea Jackson, Anita Richichi, Barbara Glove-Cox, Bella Morrow, Jose Jimenez, Judouane Lazarre, Monica Pollack, and Renee Noel,

                                            **Defendants.**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 09/19/2024

1:24-cv-02020 (JHR) (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

On September 17, 2024, a single-page letter from Plaintiff, dated September 17, 2024, was filed to the ECF docket. (Pl.'s 9/17/24 Ltr., ECF No. 14, at PDF p. 1) On September 18, 2024, the Court issued an Order with respect to Plaintiff's September 17, 2024 Letter. (9/18/24 Order, ECF No. 15.) Because Plaintiff had indicated in her letter that she "attached all eight defendants['] proof of service affidavit," but no such affidavits were attached to the letter filed to the ECF docket (*see* Pl.'s 9/17/24 Ltr. at PDF p. 1), the Court ordered Plaintiff to file such proof of service no later than September 25, 2024. (9/18/24 Order at 2.) Today, however, the undersigned's Chambers received a package from Plaintiff enclosing a copy of her September 17, 2024 Letter, together with the proofs of service she referenced in her letter. The Court transmitted Plaintiff's package to the Southern District of New York's *Pro Se* Intake Unit for processing and upload to the ECF docket.

Since the Court received the proof of service that Plaintiff referenced in her September 17, 2024 Letter, Plaintiff has complied with the Court's September 19, 2024 Order.

Plaintiff is reminded that all communications and/or documents for the Court's attention should not be sent to Chambers, and instead should only be directed to the following address so that such communications and/or documents may be filed to the ECF docket:

> Daniel Patrick Moynihan United States Courthouse
> *Pro Se* Intake Unit
> 500 Pearl Street
> Room 250
> New York, New York 10007

Paragraph 2 of the Court's September 18, 2024 Order, regarding actions to be taken by the Corporation Counsel's office, remain in force and effect.

**SO ORDERED.**

Dated:   New York, New York
         September 19, 2024

_____
STEWART D. AARON
United States Magistrate Judge