```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 09/24/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Natasha Itwaru,

                  **Plaintiff,**

-against-

New York City Department of Health & Mental Hygiene, Althea Jackson, Anita Richichi, Barbara Glove-Cox, Bella Morrow, Jose Jimenez, Judouane Lazarre, Monica Pollack, and Renee Noel,

                  **Defendants.**

1:24-cv-02020 (JHR) (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

After Plaintiff raised that she was unable to serve Defendant Bella Morrow ("Morrow") (Pl.'s 9/17/24 Ltr., ECF No. 14, at PDF p. 1), on September 18, 2024, the Court issued a *Valentin* Order directing counsel for Defendant New York City Department of Health and Mental Hygiene ("DOHMH"), the New York City Law Department, Office of the Corporation Counsel ("Corporation Counsel"), to either (1) file a letter indicating that she can accept service on behalf of Morrow, if counsel has been authorized to do so, or (2) file a letter supplying Morrow's current service address. (9/18/24 Order, ECF No. 15, at 2; *see also*; Morrow Summons (Unexecuted), ECF No. 17.) Yesterday, a summons was returned unexecuted for Defendant Anita Richichi ("Richichi"). (Richichi Summons (Unexecuted), ECF No. 18.)

In light of Plaintiff's *pro se* status, the *Valentin* Order is now modified and the deadline to comply therewith is *sua sponte* extended until Friday, October 4, 2024, for the Corporation Counsel to either (1) file a letter indicating that she can accept service on behalf of Morrow and

Richichi, if counsel has been authorized to do so, or (2) file a letter supplying Morrow's and Richichi's current service address pursuant to *Valentin*, 121 F.3d at 76 (the "Modified *Valentin* Order").

**SO ORDERED.**

Dated:   New York, New York
         September 24, 2024

_____
STEWART D. AARON
United States Magistrate Judge