UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Natasha Itwaru,

                Plaintiff,

-against-

New York City Department of Health & Mental Hygiene, Althea Jackson, Anita Richichi, Barbara Glove-Cox, Bella Morrow, Jose Jimenez, Judouane Lazarre, Monica Pollack, and Renee Noel,

                Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/13/2024

1:24-cv-02020 (JHR) (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

      The Court has reviewed the letter filed by Defendants indicating that Defendant Bella Morrow has been served and providing the service address for Defendant Anita Richichi ("Richichi"). (Defs.' 11/12/24 Ltr., ECF No 31.) No later than Friday, December 13, 2024, Plaintiff shall serve Richichi with the Amended Complaint and summons and file proof of service to the ECF docket. If Plaintiff fails to timely comply with this Order, her claims against Richichi may be dismissed without prejudice pursuant to Rule 4(m) of the Federal Rules of Civil Procedure.

**SO ORDERED.**

Dated:    New York, New York
            November 13, 2024

_____
STEWART D. AARON
United States Magistrate Judge