UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Natasha Itwaru,<br><br>        Plaintiff,<br><br>-against-<br><br>The New York City Department of Health and Mental Hygiene, et al.,<br><br>        Defendants. | 1:24-cv-02020 (JHR) (SDA)<br><br>**ORDER** |

**STEWART D. AARON, United States Magistrate Judge:**

By Order dated September 5, 2025, District Judge Rearden adopted in its entirety the undersigned's Report and Recommendation on Defendants' motion to dismiss the First Amended Complaint. (Order, ECF No. 47.) Accordingly, it is hereby ORDERED as follows:

1. No later than Monday, September 29, 2025, Plaintiff shall file a Second Amended Complaint ("SAC") consistent with the undersigned's Report and Recommendation and Judge Rearden's Order.

2. No later than Monday, October 27, 2025, Defendants shall respond to the SAC.

**SO ORDERED.**

Dated: New York, New York
    September 8, 2025

                     _____
                     STEWART D. AARON
                     United States Magistrate Judge