**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**Natasha Itwaru,**

                            **Plaintiff,**

           **-against-**

**The New York City Department of Health
and Mental Hygiene, et al.,**

                            **Defendants.**

**1:24-cv-02020 (JHR) (SDA)**

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

On November 17, 2025, Defendants filed a motion to dismiss Plaintiff's Second Amended Complaint. (Not. of Mot., ECF No. 56.) Defendants also filed a declaration, including documents attached thereto, as well as a memorandum in support of the motion. (Liu Decl., ECF No. 57; Exhs., ECF Nos. 57-1 to 57-5; Memo., ECF No. 58.) Local Civil Rule 12.1 requires a represented party moving to dismiss against a *pro se* party, who refers in support of the motion to matters outside of the pleadings as described in Federal Rules of Civil Procedure 12(b) or 12(c), to serve a notice in compliance with the Rule, available on the Court's website at Local Civil Rule 12.1 & Notice.pdf.[1] Accordingly, it is hereby ORDERED, as follows:

1. Defendants shall file a notice in accordance with Local Civil Rule 12.1 no later than November 20, 2025.[2]

---

[1] Rule 12.1 also requires a represented party to attach to the notice the full text of Rule 56 of the Federal Rules of Civil Procedure.

[2] The Court notes that the *pro se* Plaintiff has filed a Consent to Electronic Service form. (Consent Form, ECF No. 46.)

2.  Plaintiff shall file her opposition to Defendants' motion to dismiss no later than December 22, 2025.

3.  Defendants shall file any reply no later than January 5, 2026.

**SO ORDERED.**

Dated:      New York, New York
            November 18, 2025

_____
STEWART D. AARON
United States Magistrate Judge